# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS6

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:20-cv-04346-RGK-GJSx |
| Date | November 10, 2020 |
| Title | Sheila Peach et al v. Yosef Michael, et al. |

Present: The Honorable R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

Plaintiff having failed to timely file an Amended Complaint, this action is hereby dismissed. The Clerk shall close this action.

IT IS SO ORDERED.

: 

Initials of Preparer   jre